# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WADE MASON          v.          CARL PIERCE, et al. | CIVIL ACTION   NO. 14-5435 |
|---|---|

Baylson, J.                                                                                       June 17, 2015

# **M E M O R A N D U M**

In this this petition for writ of habeas corpus, Magistrate Judge Angell filed a Report and Recommendation February 26, 2015 which concluded that petitioner was not entitled to any relief. On March 19, 2015, petitioner filed a document (ECF 39) which at the top states "Objections to R & R" and then attaches a motion that is difficult to understand and basically is incomprehensible but, for sure, does not address any of the grounds relied on by Judge Angell.   Attached to this "motion" is then a two and one-half page type written statement which meanders through a number of topics but does not make any statement as to grounds for objecting to the Report and Recommendation by Judge Angell.   Having reviewed these documents, the Court concludes that the petitioner has failed to state any valid objections to the Report and Recommendation.

An appropriate Order follows.