IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WADE MASON [JZ-3708] | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CARL PIERCE, et al. | : | NO. 14-5435 |

FILED
JUN 24 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 23rd day of June, 2015, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

(1) The Report and Recommendation is **APPROVED AND ADOPTED.**

(2) The Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING.**

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.

ENTERED
JUN 24 2015
CLERK OF COURT